67342. ATLANTA HANGGLIDERS & ULTRALIGHTS, INC. et al. v. ROUNTREE et al.

SOGNIER, Judge.

Atlanta Hanggliders and Ultralights, Inc. and Pterodactyl, Ltd. appeal from an order of the trial court denying their motion to dismiss for lack of jurisdiction. The trial court's order is an interlocutory order which is not appealable without a certificate of immediate review. OCGA § 5-6-34 (b) (Code Ann. § 6-701); *Davis v. Davis,* 242 Ga. 322 (249 SE2d 90) (1978). Therefore, appellant's appeal must be dismissed.

*Appeal dismissed. Quillian, P. J., and Pope, J., concur.*

DECIDED JANUARY 31, 1984.

*Roy C. Roberts,* for appellants.
*James N. Butterworth,* for appellees.